

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00058-CV

**TEXAS MIDSTREAM GAS SERVICES, L.L.C.,**

**Appellant**

 **v.**

**DR. BANGALOR V. RAMAKRISHNA,**

**Appellee**

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. C201100498

## O R D E R

This appeal was referred to mediation on January 23, 2019. Mediation is to occur by March 11, 2019. The parties have filed a Joint Motion for Extension of Time to Mediate Appeal, asserting that the earliest date the parties and the mediator could schedule mediation is March 20, 2019. Thus, the parties request an extension on time to March 20, 2019 to mediate the appeal.

The parties' motion is granted. Mediation is extended to March 29, 2019.

PER CURIAM

Before Chief Justice Gray, and
       Justice Davis
       Extension granted
Order delivered and filed March 6, 2019

